**\*\*E-filed 1/17/07\*\***

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
OTIS McGEE JR., Cal. Bar No. 71885
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
Email:  omcgee@sheppardmullin.com
Email:  mscarborough@sheppardmullin.com

Attorneys for Defendants
THE PEPSI BOTTLING GROUP, INC., STEPHAN RUIZ,
OSCAR BROYER, LETICIA ESPINOZA and
SHERRY NOLAN

LAW OFFICE OF M. VAN SMITH
M. VAN SMITH, Cal. Bar No. 32007
1696 Mendenhall Drive
San Jose, California 95130
Telephone:   408-364-1062
E-mail:  mvsmith@sbcglobal.net

Attorney for Plaintiff
JIM AZEVEDO SANTOS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JIM AZEVEDO SANTOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEPSI BOTTLING GROUP, INC. a corporation, STEVE RUIZ, an individual, OSCAR BROYER, an individual, LETICIA ESPERANZA, an individual, SHERRY NOLAN, an individual, DOES ONE through TEN,<br><br>　　　　Defendants. | Case No. C 06-05342 JF<br><br>Case Filed:  June 30, 2006<br>Removed:  August 30, 2006<br><br>**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii); AND ORDER THEREON**<br><br>Trial Date:  None set |

-1-

1  All parties to this action hereby stipulate and agree, pursuant to
2  Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of
3  this action in its entirety.

4
5  Dated: Jan. 2, 2007
6
             LAW OFFICE OF M. VAN SMITH
7
8            By  *M. Van Smith*
                 M. VAN SMITH
9
10           Attorney for Plaintiff
             JIM AZEVEDO SANTOS
11

12  Dated: January 12, 2007
13
             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
14
15           By  *[signature]*
16               MICHAEL W. SCARBOROUGH
17
             Attorneys for Defendants
18           PEPSI BOTTLING GROUP, INC.,
             STEPHAN RUIZ, OSCAR BROYER,
19           LETICIA ESPINOZA and SHERRY NOLAN
20

21  **IT IS SO ORDERED.**
22
23  Dated:  1/17/07            *[signature]*
                               HONORABLE JEREMY FOGEL
24
25           United States District Court Judge
26
27
28

-2-

W02-WEST:FMI\400150561.1           STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE;
Case No. C06-05342 JF                                       AND ORDER THEREON